UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMTRUST NORTH AMERICA,<br>    Plaintiff,<br>  v.<br>HOME DEPOT U.S.A., INC.,<br>    Defendant. | Case No. 14-cv-05552-TEH<br><br>**ORDER OF RECUSAL** |

I hereby recuse myself from the above-entitled action and request that the case be reassigned.

**IT IS SO ORDERED.**

Dated:   03/17/15                                    _____
                                                                    THELTON E. HENDERSON
                                                                    United States District Judge