United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMTRUST NORTH AMERICA,

Plaintiffs,

v.

HOME DEPOT U.S.A., INC.,

Defendants.

Case No.  14-cv-05552-SI  (SI)

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 11, 2015 at  3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: March 1, 2016.

DESIGNATION OF EXPERTS: February 5, 2016; REBUTTAL: February 29, 2015;
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: March 25, 2016.

DISPOSITIVE MOTIONS **SHALL** be filed by; April 22, 2016;
        Opp. Due: May 6, 2016; Reply Due: May 13, 2016;
        and set for hearing no later than May 27, 2016 at 9:00 AM.

PRETRIAL CONFERENCE DATE:  June 28, 2016 at 3:30 PM.

JURY TRIAL DATE:  July 11, 2016 at 8:30 AM.
        Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be four days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff shall contact counsel in the worker's compensation case to determine if they intend to intervene in this action.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.


      **IT IS SO ORDERED**.

Dated:    5/14/15

                                                      _____

                                                      SUSAN ILLSTON
                                                      United States District Judge