1  Eric E. Ostling, Esq. (SBN: 131187)
2  FLOYD, SKEREN & KELLY, LLP
   2045 West Orangewood Avenue, Suite A
3  Orange, CA 92868
4  (714) 558-8892
   (714) 558-8759 Facsimile
5
6  Attorney for Plaintiff
   AMTRUST NORTH AMERICA
7



IT IS SO ORDERED
*Susan Illston*
Judge Susan Illston

Further Case Management Conference is scheduled on 3/25/16, at 3 p.m.  A joint case management conference statement shall be filed on 3/18/16.

8              UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  AMTRUST NORTH AMERICA, | Case No.: 3:14-cv-05552-SI (LB) |
| 12         Plaintiff, | **STIPULATION TO VACATE DISCOVERY CUT-OFF DATES, MANDATORY SETTLEMENT CONFERENCE DATE, EXPERT WITNESS DISCLOSURE AND DISCOVERY CUT-OFF DATES, LAW AND MOTION CUT-OFF DATES, PRE-TRIAL CONFERENCE AND TRIAL DATES** |
| 13    vs. | |
| 14  THE HOME DEPOT U.S.A., INC. and DOES 1 through 100, Inclusive, | |
| 15  | |
| 16         Defendants. | |
| 17  | **The Honorable Susan Illston** |

21    Defendant HOME DEPOT U.S.A., INC. and Plaintiff AMTRUST NORTH
22  AMERICA hereby stipulate as follows:
23
24    **1. The Court has Ordered the following dates:**
25    Fact Discovery Cut-Off                          March 1, 2016
26    Last day to Designate Experts                   March 4, 2016
27    Last day to Serve Initial Expert Reports        March 4, 2016
28    Last day to Serve Rebuttal Expert Reports       March 11, 2016

| | |
|---|---|
| Expert Discovery Cut-Off | April 8, 2016 |
| Dispositive Motions Shall be filed by | April 22, 2016 |
| Opposition Due | May 6, 2016 |
| Last day to hear dispositive motions | May 27, 2016 |
| Meet and Confer Prior to Settlement Conference | March 17, 2016 |
| Settlement Conference | March 29, 2016 |
| Pretrial Conference | June 28, 2016 |
| Trial | July 11, 2016 |

**2.  Status of Panel QME Reports in Workers' Compensation Case**

The Plaintiff received and served on Defendant Dr. Herrick's Panel QME report in Neurology in the related workers' compensation case. Dr. Herrick's report contained inconsistencies regarding impairment as to the cervical and lumbar spine. While he found no lumbar spine injury, he provided an impairment rating including the lumbar spine. Plaintiff has corresponded to him for clarification as to whether the impairment he provided was for the lumbar spine alone, or for the cervical and lumbar spines combined. If combined, we have requested that he divide the impairment between the lumbar spine and the cervical spine. He has 60 days from February 23, 2016 in order to respond to our request. As a result, medical-legal discovery as to Neurology issues will not be complete and Plaintiff's damages will not be determinable until after receipt of Dr. Herrick's supplemental report.

The Plaintiff has not received Dr. Brian Jacks' psychiatric Panel QME report to date. As the report was untimely, Plaintiff has objected to the report as being non-compliant with the Labor Code and Regulations. Plaintiff will be requesting the issuance of a replacement Panel QME list in psychiatry if Dr. Jacks' report is not received by March 7, 2016. The replacement panel QME list should be received within thirty to forty-five days from March 7, 2016, and a

another psychiatric Panel QME evaluation should be set within seventy-five (75) days of receipt of the receipt of the new Panel QME list.

In light of the foregoing problems with the workers' compensation Panel QME process, the parties stipulate to the vacation of the above listed time limits and hearing dates, and respectfully request that the Court order the vacation of the discovery cut-off dates, mandatory settlement conference date, expert witness disclosure and discovery cut-off dates, law and motion cut-off dates, pretrial conference date and trial date and set the matter for a further Case Management Conference.

DATED: March 4, 2016        GOODMAN NEUMAN HAMILTON LLP


By:_____/s/ Pavan L. Rosati_____
    PAVAN L. ROSATI
    Attorneys for Defendant
    HOME DEPOT U.S.A., INC.


DATED: March 4, 2016        FLOYD, SKEREN & KELLY, LLP


By:_____/s/ Eric E. Ostling_____
    ERIC E. OSTLING
    Attorneys for Plaintiff
    AMTRUST NORTH AMERICA


I, Eric E. Ostling, hereby attest that Pavan L. Rosati has participated in the drafting of the stipulation and permits her e-signature to be affixed to this document.

DATED: March 4, 2016        By:_____/s/ Eric E. Ostling_____
                                ERIC E. OSTLING

## PROOF OF SERVICE
*AmTrust North America v The Home Depot U.S.A., Inc.*
*Case No.: 3:14-cv-05552-SI (LB)*

STATE OF CALIFORNIA     )
                        )ss.
COUNTY OF ORANGE        )

I am over the age of 18 and not a party to the within-entitled action. I am employed at Floyd, Skeren & Kelly, LLP. My business address is 2045 West Orangewood Avenue, Suite A, Orange, CA 92868.

On the date shown below, I caused to be served the foregoing document(s) described as **STIPULATION TO VACATE DISCOVERY CUT-OFF DATES, MANDATORY SETTLEMENT CONFERENCE DATE, EXPERT WITNESS DISCLOSURE AND DISCOVERY CUT-OFF DATES, LAW AND MOTION CUT-OFF DATES, PRE-TRIAL CONFERENCE AND TRIAL DATES** on all interested parties in said action by CM/ECF electronic service on those parties that are registered users of the Court's electronic case filing system.

Executed on **March** 4, 2016, at Orange, California.

_____
CATHY QUEZADA

2054.001

Page 4
PROOF OF SERVICE

**SERVICE LIST**
*AmTrust North America v The Home Depot U.S.A., Inc.*
*Case No.:  3:14-cv-05552-SI (LB)*

Pavan L. Rosati, Esq.
GOODMAN, NEUMAN HAMILTON LLP
417 Montgomery St., 10th Fl.
San Francisco, CA 94104
(415) 705-0400
(415) 705-0411 Fax
*Attorneys for Defendant HOME DEPOT U.S.A., INC.*