|   |   |
|---|---|
| 1 | |
| 2 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMTRUST NORTH AMERICA,

    Plaintiffs,

    v.

HOME DEPOT U.S.A., INC.,

    Defendants.

Case No. 14-cv-05552-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 24, 2016 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: September 2, 2016.

DESIGNATION OF EXPERTS: 9/9/16; REBUTTAL: 9/16/16;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: October 14, 2016.

DISPOSITIVE MOTIONS **SHALL** be filed by; 11/4/16;
    Opp. Due: 11/18/16; Reply Due: 11/28/16;
    and set for hearing no later than  December 9, 2016 at 10:00 AM.

PRETRIAL CONFERENCE DATE: January 17, 2017 at 3:30 PM.
Pretrial filing deadline: 1/20/17, oppositions to in-limine motions: 1/13/17 (9 a.m.)

JURY TRIAL DATE: January 23, 2017 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be four days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a Magistrate-Judge for settlement purposes. The settlement conference shall occur in September 2016.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: 3/28/16

_____
SUSAN ILLSTON
United States District Judge