UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMTRUST NORTH AMERICA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>　　　　　Defendants. | Case No.  14-cv-05552-SI  (SI)<br><br>SECOND<br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT:  N/A  at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is:  October 3, 2016, 2016.

DESIGNATION OF EXPERTS: 10/10/16; REBUTTAL: 10/21/16;
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: November 10, 2016.

DISPOSITIVE MOTIONS **SHALL** be filed by; 11/10/16;
　　Opp. Due: 11/28/16; Reply Due: 12/2/16;
　　and set for hearing no later than  December 16, 2016 at 10:00 AM.

PRETRIAL CONFERENCE DATE:  February 14, 2017 at 3:30 PM.

JURY TRIAL DATE: February 27, 2017 at 8:30 AM.
　　Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be four days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

 The Court continued the trial as indicated above.
Counsel may contact Magistrate-Judge Beeler to change the date for the settlement conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 6/27/16

_____
SUSAN ILLSTON
United States District Judge