Eric E. Ostling, Esq. (SBN: 131187)
FLOYD, SKEREN & KELLY, LLP
2045 West Orangewood Avenue, Suite A
Orange, CA 92868
Telephone: (714) 558-8892
Facsimile (714) 558-8759
Eric.ostling@fsklaw.com
Attorney for Plaintiff
AMTRUST NORTH AMERICA

PAVAN L. ROSATI, ESQ – State Bar # 146171
GOODMAN NEUMAN HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411
prosati@gnhllp.com
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

**GRANTED**
*Susan Illston*
Judge Susan Illston

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMTRUST NORTH AMERICA, | Case No.: 3:14-CV-05552-SI |
| Plaintiff, | |
| vs. | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| THE HOME DEPOT U.S.A., INC. and DOES 1 through 100, Inclusive, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

//

Through this Joint Stipulation, Plaintiff AMTRUST NORTH AMERICA and Defendant THE HOME DEPOT, U.S.A., INC., hereby stipulate that the above action be dismissed with prejudice in its entirety as to all parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED: March 23, 2017        GOODMAN NEUMAN HAMILTON LLP

By: _____
PAVAN L. ROSATI
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

DATED: March 22, 2017.        FLOYD, SKEREN & KELLY, LLP

By: _____
ERIC E. OSTLING
Attorney for Plaintiff AMTRUST NORTH AMERICA

# CERTIFICATE OF SERVICE

**CASE NAME:** *Amtrust North America v. The Home Depot, et al.*
**CASE NUMBER**: C14-05552-SI (LB)
**DATE OF SERVICE:** March 23, 2017

**DESCRIPTION OF DOCUMENTS SERVED:**

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

**SERVED ON THE FOLLOWING:**

*Plaintiff's Counsel:*
Eric E. Ostling
Floyd Skern & Kelly LLP
2045 West Orangewood Avenue, Suite A
Orange, CA 92868
T:  714.558.8892
F:  714.558.8759
eric.ostling@fsklaw.com

    I am over the age of 18 years and not a party to or interested in the above-named case.  I am an employee of Goodman Neuman & Hamilton LLP, and my business address is 417 Montgomery Street, 10th Floor, San Francisco, CA 94104.  On the date stated above, I served a true copy of the document(s) described above, by E-Mail or Electronic Transmission through the U.S. District Court for the California Northern District Electronic Document Filing System.  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail address(es) listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the date stated above at San Francisco, California.

                                                    */S/*
                                          Marisol Rosario

Goodman Neuman
Hamilton LLP
417 Montgomery Street
10th Floor
San Francisco, CA 94104
Tel.: (415) 705-0400

CERTIFICATE OF SERVICE